776

Commonwealth *v.* Willis, Appellant.

Argued June 9, 1970. *Harry L. Green, Jr.,* Assistant Public Defender, for appellant; *Stewart J. Greenleaf,* Assistant District Attorney, with him *Paul W. Tressler,* Assistant District Attorney, *William T. Nicholas,* Executive Assistant District Attorney, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Williams, Appellant.

Argued June 10, 1970. *John W. Packel,* Assistant Defender, with him *Vincent J. Ziccardi,* Acting Defender, for appellant; *James D. Crawford,* Deputy District Attorney, with him *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Williams, Appellant.

 Argued
June 10, 1970. *Stephen Shantz,* Assistant Defender,
with him *John W. Packel,* Assistant Defender, and
*Vincent J. Ziccardi,* Acting Defender, for appellant;
*James D. Crawford,* Deputy District Attorney, with
him *Victor J. DiNubile, Jr.,* Assistant District Attor-
ney, *Richard A. Sprague,* First Assistant District At-
torney, and *Arlen Specter,* District Attorney, for Com-
monwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Williams, Appellant.

 Argued June 11, 1970.
*Stanley M. Shingles,* with him *Fineman & Fineman,* for
appellant; *T. Michael Mather,* Assistant District Attor-
ney, with him *James D. Crawford,* Deputy District At-
torney, and *Arlen Specter,* District Attorney, for Com-
monwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Wylie, Appellant.

 Submitted June 12, 1970.
*Daniel C. Barrish,* Assistant Public Defender, for ap-
pellant; *Stewart J. Greenleaf* and *Paul W. Tressler,*
Assistant District Attorneys, *Parker H. Wilson,* First
Assistant District Attorney, and *Milton O. Moss,* Dis-
trict Attorney, for Commonwealth, appellee.

Order affirmed.